IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ASAMOAH, | : |
| | : |
| Plaintiff, | : Case No. 2:21-cv-04025 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| AMAZON.COM SERVICES, INC., | : Magistrate Judge Elizabeth Preston Deavers |
| | : |
| Defendant. | : |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 10), recommending that the Court dismiss Plaintiff's claims in their entirety. The Report and Recommendation noted that Plaintiff's Complaint (ECF No. 9) simply "recycl[es], verbatim, the same material factual allegations as he pled in" previous cases he has filed with this Court. (*Id.* at 5). Moreover, the Magistrate Judge found that Plaintiff's legal allegations fail to state a claim upon which relief may be granted. (*Id.* at 5–6).

The Report and Recommendation was filed on October 21, 2022, and advised the parties that they had fourteen days thereafter to raise any objections. The Report and Recommendation also notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation de novo.

This Court has reviewed the Report and Recommendation. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 10) as this Court's findings of facts and law. Plaintiff's claims are **DENIED** in their entirety and this case is

DISMISSED WITH PREJUDICE. Further, the Court **CERTIFIES** that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  January 11, 2023**